UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. ED CV 13-2383-GW (PLA)   Date  January 31, 2014

Title:  Michael D. Vitali v. Carolyn W. Colvin, Acting Commissioner of Social Security

---

PRESENT: THE HONORABLE  PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:
NONE

PROCEEDINGS:       ( IN CHAMBERS)

Pursuant to this Court's Order of January 8, 2014, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within twenty-eight days of the filing on the complaint, i.e., by January 24, 2014. To date, the Proof of Service has not been filed with the Court. Accordingly, **no later than February 7, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the Proof of Service on or before February 7, 2014, shall be deemed compliance with this Order to Show Cause.


cc:     Vijay Jagdish Patel, Esq.
        Office of the US Attorney

Initials of Deputy Clerk____ch____